```
                IN THE UNITED STATES DISTRICT COURT FOR
                    THE SOUTHERN DISTRICT OF GEORGIA
                            SAVANNAH DIVISION
```

BORISH H. JENKINS,            )
                              )
    Plaintiff,                )
                              )
v.                            )
                              )    CASE NO. CV412-076
FLOTEL, II, INC., d/b/a       )
Doubletree Hotel and          )
NORTHPOINT HOSPITALITY GROUP, )
INC.,                         )
                              )
    Defendants.               )
_____)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of February 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA