FILED
U.S. DISTRICT COURT
SAVANNAH
2013 FEB 12 PM 3:5●

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BORISH H. JENKINS, )
)
    Plaintiff, )
)
v. )
) CASE NO. CV412-076
FLOTEL, II, INC., d/b/a )
Doubletree Hotel and )
NORTHPOINT HOSPITALITY GROUP, )
INC., )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of February 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA